UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

GINN-LA ST. LUCIE LTD., LLLP, et al.,          CASE NO. 12-80546-MC-MARRA

Debtor.
_____/

In re:

GINN-LA ST. LUCIE LTD., LLLP, et al.,          CASE NO. 12-80547-MC-MARRA

Debtor.
_____/

## ORDER

This cause is before the Court *sua sponte*.

It is hereby **ORDERED AND ADJUDGED** that the above-styled cases are **CONSOLIDATED.** All pleadings and motions hereafter shall bear the case name <u>In re Ginn-LA St. Lucie, LTD, LLLP et al.</u>, and the case number 12-mc-80546-MARRA. The Clerk shall **CLOSE** case number 12-mc-80547. The parties shall only file pleadings and motions in case number 12-mc-80546-MARRA.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of June, 2012.

_____
KENNETH A. MARRA
United States District Judge